UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80056-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARK JOSEPH CHAVEZ,
    Defendant(s).
_____/



## ORDER ON MOTION TO REDUCE SENTENCE

**THIS MATTER** having come before the Court upon the Government's Motion to Reduce Sentence Pursuant to Rule 35, as to the above-named defendant(s). The Court having reviewed said motion, it is

**ORDERED AND ADJUDGED** that the parties to this action shall file a Joint Recommendation to the Court within 20 days from the date of this order, as to the proposed sentence reduction. Should the parties be unable to agree, each party shall file a recommendation to the Court setting forth their factual statements and arguments. **If a hearing is requested, the Defendant's recommendation shall contain a Notice of Defendant's Location, so that the United States Attorney's Office can prepare a writ of habeas corpus ad prosequendum to ensure the defendant's presence at the scheduled hearing, or a Waiver, signed by the defendant, stating that he does not desire to be present for a hearing.** Upon receipt of the parties response(s), the Court will take the appropriate action in this case.

**DONE** AND ORDERED, in West Palm Beach, Florida, this ____ day of June, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record